

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-18-00018-CV

**IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.**,
Janet Ann Lorenz-Floyd, and Lisa Horton

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Sandee Bryan Marion, Chief Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice

    The Real Parties in Interest, Margarito Guajardo and Maria Luisa Guajardo's Unopposed Motion for Extension of Time to File Response Brief is hereby GRANTED. Time is extended to February 23, 2018.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-00083, styled *Margarito Guajardo and Maria Luisa Guajardo v. State Farm Mutual Automobile Insurance Co., Janet Ann Lorenz-Floyd, and Lisa Horton*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Michael Mery presiding. Trial cause number 2018-CI-00083 is the cause number into which certain extra-contractual claims were severed from the contractual claims in trial cause number 2017-CI-17407.